**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION DAYTON**

| | | |
|---|---|---|
| ANTONIO FORD | ) | |
| | ) | |
| Plaintiff, | ) | Case No. #:09-CV-00446 WHR |
| | ) | |
| vs. | ) | |
| | ) | |
| CENTRAL CREDIT SERVICES, INC. | ) | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| | ) | |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, ANTONIO FORD and Defendant, CREDIT CONTROL SERVICES, INC., D/B/A CREDIT COLLECTION SERVICES, hereby stipulate that the entire action be dismissed, with prejudice, with each side to bear their own attorney's fees and costs.

Respectfully Submitted,

DATED: October 6, 2010    KROHN & MOSS, LTD.

By: ___/s/ Peter Cozmyk___
Peter Cozmyk
Krohn & Moss, Ltd.
3 Summit Park Drive
Suite 140
Independence, Ohio 44131
phone: (216) 901-0609
fax: (866) 425-3459
e-mail: pcozmyk@consumerlawcenter.com

DATED:  October 6, 2010    SURDYK, DOWD & TURNER CO., L.P.A.

By:___/s/ Jeffrey C. Turner___

    Jeffrey C. Turner  (0063154)
    Jennifer A. Kirby  (0080619)
    One Prestige Place, Suite 700
    Miamisburg, OH  45342
    Tel.:  (937) 222-2333
    Fax:   (937) 222-1970
    jturner@sdtlawyers.com
    jkirby@sdtlawyers.com
    *Trial Attorneys for Defendant*